AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DONALD G. GROSS

**SUMMONS IN A CIVIL CASE**

V.

AKIN GUMP STRAUSS HAUER & FELD LLP

CASE NUMBER  1:07CV00399

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 02/26/2007

TO: (Name and address of Defendant)

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036-1564

Serve (By Agreement):
  Christine Nicolaides Kearns
  Pillsbury Winthrop Shaw Pittman, LLP
  2300 N St., N.W.
  Washington, DC  20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan C. Puth
Webster, Fredrickson & Brackshaw
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 26 2007
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | February 27, 2007 |
| NAME OF SERVER (PRINT) Robert C. White | TITLE | Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Akin Gump c/o Christine Kearns ( by agreemt) Pillsbury Winthrop Shaw Pittman, LLP, 2300 N Street, NW, Washington, DC 20037

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/27/07
              Date                Signature of Server

7300 18th Ave, Hyattsville, MD 20783
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2007, I served by First Class mail, postage pre-paid, a copy of the foregoing Proof of Service to

Christine Nicolaides Kearns, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/   Jonathan C. Puth*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan C. Puth, #439241
　　　　　　　　　　　　　　　　　　　　　　　　　　　Webster, Fredrickson & Brackshaw
　　　　　　　　　　　　　　　　　　　　　　　　　　　1775 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 659-8510

　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff