<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 28th day of February, 2007, I served by First Class mail, postage pre-paid, a copy of the foregoing Proof of Service to

Christine Nicolaides Kearns, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant

                */s/   Jonathan C. Puth*
               Jonathan C. Puth, #439241
               Webster, Fredrickson & Brackshaw
               1775 K Street, N.W.
               Suite 600
               Washington, D.C.  20006
               (202) 659-8510

               Attorney for Plaintiff

Dockets.Justia.com