# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:07CV00399 (ES) |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | ) ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

Undersigned counsel of record for Defendant Akin Gump Strauss Hauer & Feld, LLP ("Akin Gump"), certify that, to the best of their knowledge and belief, Akin Gump does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of the Court may determine the need for recusal.

Dated: March 19, 2007

Respectfully submitted,

/s/
Christine N. Kearns (D.C. Bar # 416339)
Karen-Faye McTavish (D.C. Bar # 477588)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC  20037
(202) 663-8000

Counsel for Akin Gump Strauss Hauer & Feld, LLP

400542393v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2007, I electronically filed the foregoing document with the clerk of the court by using the ECF system, which will send a notice of electronic filing to the following counsel of record:

>Jonathan C. Puth
>Webster, Fredrickson & Brackshaw
>1775 K Street, N.W.
>Suite 600
>Washington, D.C. 20006

/s/
Christine N. Kearns
