# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> AKIN GUMP STRAUSS HAUER & FELD LLP,           ) <br> ) <br> Defendant.           ) | Case No. 1:07CV00399 (ES) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion to Amend Answer and File Counterclaims, Plaintiff's opposition thereto, and the entire record in this case, it is this __ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Defendant's Motion is granted, and Defendant may amend its Answer and file its counterclaims.

_____
The Honorable Emmet G. Sullivan

Copies to:

Christine N. Kearns, Esq.
Karen-Faye McTavish, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

Jonathan C. Puth
WEBSTER, FREDRICKSON & BRACKSHAW
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

400591382v1