## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & FELD LLP )<br>)<br>Defendant. )<br>) | Civil Action No. 07-399 (EGS) |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF

THE CLERK OF THE COURT will please note the appearance of Kataryna L. Baldwin as counsel for Plaintiff Donald G. Gross. Ms. Baldwin is a member in good standing of the Bar of this Court.

Respectfully submitted,

WEBSTER, FREDRICKSON & BRACKSHAW

*/s/ Kataryna L. Baldwin*
Kataryna L. Baldwin, #494439
Webster, Fredrickson & Brackshaw
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 659-8510

**CERTIFICATE OF SERVICE**

       I hereby certify that on this *28th* day of June, 2007, a copy of the foregoing Notice of Entry of Appearance of Counsel for Plaintiff was sent by first class mail, postage prepaid, and transmitted electronically to:

Christine Nicolaides Kearns, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant

                                                    */s/   Kataryna L. Baldwin*
                                                   Kataryna L. Baldwin, #494439
                                                   Webster, Fredrickson & Brackshaw
                                                   1775 K Street, N.W., Suite 600
                                                   Washington, D.C. 20006
                                                   (202) 659-8510