UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-399 (EGS) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO AMEND ANSWER AND FILE COUNTERCLAIMS**

Comes now Plaintiff Donald G. Gross and responds to Defendant's Motion to Amend Answer and File Counterclaims ("Motion"). In its Motion, Defendant sets forth a new "after-acquired evidence" defense and two counterclaims for breach of duty of loyalty and tortious interference with economic advantage.

Defendant's new affirmative defense and counterclaims are devoid of merit, and Defendant cannot make out the elements of any of these new claims. Moreover, Defendant's decision to file the amendments and proposed counterclaims after the initiation of Plaintiff's lawsuit is intended to create a chilling effect on Plaintiff's pursuit of his discrimination claims and is, therefore, retaliatory.

Given the liberal amendment and supplementation standards under Rule 15, however, Plaintiff will not otherwise offer grounds under that Rule in opposition to Defendant's Motion. *See* Fed. R. Civ. P. 15(a), 15(d).

        Respectfully Submitted,
        WEBSTER, FREDRICKSON & BRACKSHAW

          */s/   Jonathan C. Puth*
        Jonathan C. Puth  #439241
        Kataryna L. Baldwin # 494439
        1775 K Street, N.W.
        Suite 600
        Washington, D.C.  20006
        (202) 659-8510

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this **9th** day of July, 2007, a copy of the forgoing Response to Defendant's Motion to Amend Answer and File Counterclaims was sent by first class mail, postage prepaid, and transmitted electronically to:

Christine Nicolaides Kearns
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant

                                             */s/   Kataryna L. Baldwin*
                                             Kataryna L. Baldwin
                                             Webster, Fredrickson & Brackshaw
                                             1775 K Street, N.W.
                                             Suite 600
                                             Washington, D.C.  20006
                                             (202) 659-8510

                                             Attorney for Plaintiff