UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AKIN GUMP STRAUSS HAUER & FELD LLP )<br>)<br>Defendant. )<br>) | Civil Action No. 07-399 (EGS) |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURE**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Donald G. Gross makes the following disclosure of expert testimony. Dr. Richard L. Lurito, 1491 Chain Bridge Road, Suite 300, McLean, Virginia 2210, may testify on Mr. Gross' behalf as an expert economist for economic damages purposes. Dr. Lurito will be out of town and unavailable for two weeks starting on August 11, 2007, and for three weeks starting on September 23, 2007. As agreed with counsel for Defendant, due to a dispute over Defendant's production of data, which is the subject of Plaintiff's Motion to Compel Discovery, no report is submitted with this filing.

Dr. Lurito's qualifications, a list of publications authored, and a list of court appearances over the last four years are set forth in the attachments to this pleading.

                         Respectfully Submitted,

                         WEBSTER, FREDRICKSON & BRACKSHAW


                         */s/  Jonathan C. Puth*
                         Jonathan C. Puth  #439241
                         Kataryna L. Baldwin # 494439
                         1775 K Street, N.W.
                         Suite 600
                         Washington, D.C.  20006
                         (202) 659-8510

                         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on this **13th** day of July, 2007, a copy of the forgoing Rule 26(a)(2) Disclosure, with attachments, was sent by first class mail, postage prepaid, and transmitted electronically to:

Christine Nicolaides Kearns
Karen-Faye McTavish
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant


                                               */s/   Kataryna L. Baldwin*
                                        Kataryna L. Baldwin
                                        Webster, Fredrickson & Brackshaw
                                        1775 K Street, N.W.
                                        Suite 600
                                        Washington, D.C.  20006
                                        (202) 659-8510

                                        Attorney for Plaintiff

**CURRICULUM VITAE**

Richard J. Lurito, Ph.D.
1491 Chain Bridge Road, Suite 300
McLean, Virginia 22101
Telephone: 703/442-4528    Telecopier: 703/893-1674
E-mail: rlinc3@covad.net

**Education**:

University of Illinois, B.A. (Economics), 1958. Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

**Awards**:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

**Employment**:

Commonwealth Consulting Group, Inc., McLean, Virginia:
    Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
    Economist and President, November 1981 to present.
General Services Administration:
    Acting Economic Counselor, February 1972 to October 1972.
    Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
    Professorial Lecturer, 1973-1976.
    Assistant Professor, Economics, 1969-1973.
    Statistics Laboratory Instructor, 1960-1962.

**Consulting**:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.

Trade Relations Council:
"Economic Impact of the War on Poverty", 1963.
"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)

Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964.	American Aniline Products, Inc., Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.
February 1964.	Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.
January 1964.	Man-Made Fiber Producers Association. Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.
January 1964.	Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.
March 1964.	In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee. U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. F. William McElroy.)
1965.	Fibre-Box Association. Minimum Wage-Hour Amendments, 1965. Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)

American Enterprise Institute:
Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.
January 1966. Economic Report of the President:
Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)
General Services Administration. Economic Consultant, 1970-1971.
Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

**Memberships**:

American Economic Association
American Finance Association
American Statistical Association
National Association of Regulatory Utility Commissioners


**Publications**:

R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount: Theory, Measurement and Implications." Society of Government Economists, <u>Papers</u>, 1972.
"Returns to Scale: Theoretical Aspects, Estimation Model and Simulation Results", 1969. (Ph.D. Dissertation.)
Henry W. Briefs and Joseph L. Tryon, <u>U.S. Economic Growth: Issues and Prospects</u>. Washington, D.C.: Georgetown University Press, 1963. (Author of Chapter 4.)
R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking Treatment of Plant Cancellations, Abandonment and Premature Retirements". <u>Changing Patterns In Regulation, Markets and Technology</u>, 1984. MSU Public Utility Papers.


**Major Fields**:

Public Utility Economics
Labor Economics
Industrial Organization
Statistics


**Courses Taught**:

Labor Economics
Elements of Statistics
Principles of Economics
Intermediate Economic Theory
Industrial Organization and Government Regulation of Business


**Detailed Job Description of Employment Listed Above**:

At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc., 1491 Chain Bridge Road, McLean, Virginia. My responsibilities are centered in the following areas:

(1)   performance of economic and financial analyses aimed at determining the fair rate of return for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

water industries;

(2) performance of economic analyses to determine the proper allocation of costs in such public utilities, which serves as the basis for establishing appropriate rate structures;

(3) preparation of expert testimony, rebuttal and cross-examination to be presented before state public utility commissions as well as before federal regulatory agencies;

(4) presentation of expert testimony before state public utility commissions and federal regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen states and the District of Columbia, as well as in cases before the Federal Energy Regulatory Commission, the Federal Communications Commission, the Canadian National Energy Board, and the U.S. Postal Rate Commission;

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal actions involving economic loss as a result of death, injury or discrimination and the presentation of testimony in such cases; I have testified in some seven hundred such cases and have been qualified as an expert witness in the District of Columbia and in the states of Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia, Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota. The following is a partial list of the law firms and other organization with which I have worked in this capacity:

Cadeaux & Taglieri; Washington, D.C.
Ashcraft & Gerel; Washington, D.C., Maryland and Virginia
Koonz, McKenney, Johnson, DePaolis & Lightfoot; Washington, D.C., Maryland, Virginia and Connecticut
Jack H. Olender & Associates; Washington, D.C.
Aaron M. Levine & Associates; Washington, D.C.
Shulman, Rogers, Gandal, et al; Rockville, MD
Dugan, Babij & Tolley; Timonium, MD
Paulson & Nace, P.C.; Washington, D.C.
Williams & Connolly; Washington, D.C.
Steptoe & Johnson; Washington, D.C.
Charles C. Parsons, P.C.; Washington, D.C.
Stein, Mitchell & Mezines; Washington, D.C.
Shiffman & Ricci; Washington, D.C.
Edward C. Bou & Associates; Washington, D.C.
Karp, Frosh, Lapidus, et al; Bethesda, MD
William Artz, P.C.; Arlington, VA
Shevlin & Smith, Arlington, Va.
U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor to the Administrator of the General Services Administration. I also served as Economic Counselor to the Commissioner of Public Buildings Service. I assisted in advising these officials on the interrelationships between GSA operating plans, programs and policies and their impact on the

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Laurie Amell | Stein, Mitchell & Mezines | Judge Alprin D.C. Superior Court | 6/8/2007 | Edward Colahan v. Dupont Circle Physicians Group |
| Lawrence Lapidus | Karp, Frosh, Lapidus, Wigodsky & Norwind | Judge Northrop Cir. Ct. P.G. County | 6/5/2007 | Marcia Hughes-Cleveland v. Barbara Julius |
| Scott Perry | Bruce J. Klores & Associates | Judge Ross D.C. Sup. Ct. | 5/21/2007 | Mezeret Berhanu v. Washington Oncology Center Case No 04CA 003781 |
| Rebecca Strandberg | Rebecca N. Strandberg & Associates | Judge Mason Cir. Ct. Montgomery County | 5/16/2007 | Gasper v. Ruffin CA No. 268120-V |
| Denis C. Mitchell | Stein, Mitchell & Mezines | Judge Ross D.C. Sup. Ct. | 5/7/2007 | Lyn S. Gross v. Wm. O. Bank, M.D. CA 05CA003365 |
| Barry Nace | Paulson & Nace | Judge Retchin Sup. Ct. D.C. | 3/18/2007 | Megin Sussman v. GWU & Medical Faculty Ass. Case No. 05-0009018 |
| Danielle Bridgeforth | Miller & Associates | Judge Potter Pr. Wm. Co. Cir. Ct. | 2/26/2007 | Sandra Lauseng v. Wampler, M.D. Law No. 65789 |
| Anthony Newman | Newman & McIntosh | Judge Liebovitz D.C. Sup. Ct. | 2/22/2007 | Bisbing v. Ammerman, M.D. Case No. 02-008343 |
| Scott Perry | Bruce J. Klores & Associates | Judge Kemler Cir. Ct. Alexandria | 2/15/2007 | Maher v. Inova CL0600/771 |
| Patrick Regan | Regan, Zambri & Long | Judge Zeldon Sup. Ct. D.C. | 2/13/2007 | Steven Pavsner v. Elizabeth Ross, M.D. CA # 05-1497 |
| Frank Spector | Spector & Kopec | Judge Kershaw Circuit Court Baltimore City | 1/18/2007 | Tarajean King v. Karen Perkins, M.D. Case No. 24C05008460 |
| J. Philip Kessel | Karp, Frosh, Lapidus, et al | Judge Brown Circuit Court City of Alexandria | 1/17/2007 | Sanders v. Friedlander, Jr. Case No. CL04001435 |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Lynn Stewart Circuit Court Baltimore City | 12/7/2006 | Rebecca Waldt, et al v. University of Maryland Medical System Case No. 24-C-05-0086530T |
| Kevin Goldberg | Goldberg & Finnegan | Judge Retchin Sup. Ct. D.C. | 12/6/2006 | Adrienne Gales v. Karen Buck Case No. 04CA009210 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Thomas Mitchell | Bruce J. Klores & Associates | Judge G. B. Lee Fed. Ct. Alexandria | 11/1/2006 | Andrew Cibula v. USA U.S. District Court, Eastern District of VA Ca No 1:05cv1386 |
| Bruce Babij | Dugan, Babij & Tolley | Judge M. Finiffer Cir. Ct. Balt. Co. | 9/22/2006 | McQuitty v. Spangler 03-C-01-009276 |
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | Judge Fisher D.C. Sup Ct | 7/18/2006 | Daryl Lash, Sr. v. Howard University Hospital CA 03-ca-000969 |
| Joseph Cammarata | Chaikin & Sherman | Judge Ross D.C. Sup. Ct. | 3/3/2006 | Camay Mitchell v. Paul Clemencia CA 6187 2005 |
| Bruce J. Klores | Bruce J. Klores & Associates | Judge Dugan Montgomery Co. Cir. Ct. | 2/16/2006 | De La Torre r. Thomas Militano, M.D. |
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 2/14/2006 | Marjorie Edwards v. Irma Dean Smith Case No. CAL 04-05392 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus U.S. District Court Greenbelt, MD | 2/10/2006 | Ruth A. Lawson v. United States of America Case No: AW-03CV884 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 2/8/2006 | |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 2/1/2006 | Aidan Gimbel v. American Radiology Services Case No 24-C 04-009662 OT |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 1/27/2006 | Bernice Fleming v. Providence Hospital  CA No. 04-4639 |
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 1/12/2006 | Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 1/10/2006 | Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/7/2005 | Cynthia Deas v. Dr. Odacha |

# LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Patrick Regan | Regan, Halperin & Long | Judge Alprin D.C. Superior Court | 12/6/2005 | Michael Duplessie, M.D. v. Theresa McGowan, Case No. 03ca002708 |
| George Tolley | Dugan, Babij & Tolley | Judge Quarles Fed. Ct. Baltimore | 6/27/2005 | Marilyn Mayo, et al v. United States  CA No. AMD-03-3457 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 6/23/2005 | Michael Amaann v. William Hazel, Jr. M.D.  CA No 03CA006340 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell  Sup Ct. D.C. | 6/2/2005 | Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir Ct. Alexandria | 5/24/2005 | Glen Giles v. Yousef Salem, M.D. No: CL0400194 |
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt Cir. Ct. for Frederick Co. | 5/4/2005 | Tara Caton v. Ravi Yalamanchili, Md. C-03-1934MM |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright Sup. Ct. D.C. | 4/7/2005 | Cerrin Clark v. Gaben Management, LLC  CA 7285-99 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finifter Cir. Ct. Balt. Co. | 4/6/2005 | Cauley v. Reisinger et al 03-C-02-009970 |
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 4/5/2005 | Frank Mallinson v. Maryida Klimowicz, M.D. At Law No. 221458 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith Dist. Court P.G. County | 2/15/2005 | Gladys Boodhoo v. Maurice Poindexter CA No 03-20377 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles Fed. Ct. Baltimore | 2/9/2005 | Veronica Pollard et al v. United States of America   CA No. S-02-CV-764 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters Sup. Ct. | 12/7/2004 | |
| --- | --- | --- | --- | --- |
| Patrick M. Regan | Regan, Halperin & Long | Robertson Fed Ct. D.C. | 12/2/2004 | Joanne Olayinka v. Georgetown University Hospital |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright Sup. Ct. D.C. | 11/17/2004 | Isaac Love v. USA Waste of Maryland, Inc. Civil No: 02-0009344 |
| William E. Artz | William E. Artz, P.C. | Judge Thatcher Cir. Ct. for Fairfax Co. | 10/20/2004 | Harlis C. Breeding, Jr. v. Mert Kivanc, D.O. At law No. 218062 |
| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 9/24/2004 | Shawn Jackson vs. D.C. Anderson, M.D. At law CL01-1112 and CL01-113 |
| Thomas Smith | Shevlin & Smith | Judge Klein Cir. Ct. Fairfax, Co. | 7/25/2004 | Rubio Jimenes v. Frank L. Nuar, M.D. At law# 214574 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Judge Scrivener Cir. Ct. Montgomery County | 7/21/2004 | Elisabeth Hillard v. Gerald Rogell, M.D. Case No. 242550-V |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Cir. Ct. for Prince Georges Co. | 6/16/2004 | Marlene McDowell v. King Associates Ltd. Case No. CAL03-15870 |
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 5/25/2004 | Maleka Sago et al v. Elliece Smith, M.D. et al. Case No. CAL03-04540 |
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 4/28/2004 | David McMillan v. Guy & Guy |
| Frank Spector | Dugan, Babij, Tolley & Spector | L. Daniels Cir. Ct. for Baltimore City. | 4/16/2004 | Dylan McQuitty v. Franklin Square Hospital CA # 03-C-01-009275 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | |
|---|---|---|---|
| Grandison E. Hill | Grandison E. Hill & Associates | Graae  D.C. Sup. Ct. | 4/6/2004 | Cerrin Clark v. Jerry Weinstein, et. al. CA No. 99-7285 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 3/10/2004 | Sharon Burke v. Gary Staples, M.D. CA #01-009379 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 2/11/2004 | Sardul Pannu vs. Jeff Jacobson, M.D. CA #01-7485 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 1/13/2004 | Rita Langley v. Bolling Warfield Smith CAL 02-27269 |
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 | Juana Daniels v. Leveque & Chrosniak, M.D. |
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/1/2003 | Karen Ullmann v. E. Capacio, M.D. Case No. 12-C-99-00244660C |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 9/24/2003 | Carolyn Heidenreich v. David Denakas, M.D.  C-01-0111 |
| George Tolley | Dugan, Babij, etc. | J. Davis Cir. Ct. Wicomico County. | 8/20/2003 | |
| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 8/18/2003 | Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon Sup. Ct. D.C. | 8/18/2003 | Robinson, et. al. v. Kelley, et. al  97CA6013 |
| Michael Shevlin | Shevlin & Smith | G. Finch  Fairfax Co. | 7/2/2003 | Estate of David Butter v. Kaiser Permanente At Law 202569 |