# CURRICULUM VITAE

**Richard J. Lurito, Ph.D.**
**1491 Chain Bridge Road, Suite 300**
**McLean, Virginia 22101**
**Telephone: 703/442-4528        Telecopier: 703/893-1674**
**E-mail: rlinc3@covad.net**

### Education:

University of Illinois, B.A. (Economics), 1958. Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

### Awards:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

### Employment:

Commonwealth Consulting Group, Inc., McLean, Virginia:
  Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
  Economist and President, November 1981 to present.
General Services Administration:
  Acting Economic Counselor, February 1972 to October 1972.
  Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
  Professorial Lecturer, 1973-1976.
  Assistant Professor, Economics, 1969-1973.
  Statistics Laboratory Instructor, 1960-1962.

### Consulting:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.

Trade Relations Council:
"Economic Impact of the War on Poverty", 1963.
"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)

Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964. American Aniline Products, Inc., Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.

February 1964. Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.

January 1964. Man-Made Fiber Producers Association. Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.

January 1964. Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.

March 1964. In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee. U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. F. William McElroy.)

1965. Fibre-Box Association. Minimum Wage-Hour Amendments, 1965. Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)

American Enterprise Institute:
Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.
    January 1966. Economic Report of the President:
Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)
General Services Administration. Economic Consultant, 1970-1971.
Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

**Memberships**:

American Economic Association
American Finance Association
American Statistical Association
National Association of Regulatory Utility Commissioners


**Publications**:

R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount: Theory, Measurement and Implications." Society of Government Economists, Papers, 1972.
"Returns to Scale: Theoretical Aspects, Estimation Model and Simulation Results", 1969. (Ph.D. Dissertation.)
Henry W. Briefs and Joseph L. Tryon, U.S. Economic Growth: Issues and Prospects. Washington, D.C.: Georgetown University Press, 1963. (Author of Chapter 4.)
R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking Treatment of Plant Cancellations, Abandonment and Premature Retirements". Changing Patterns In Regulation, Markets and Technology, 1984. MSU Public Utility Papers.


**Major Fields**:

Public Utility Economics
Labor Economics
Industrial Organization
Statistics


**Courses Taught**:

Labor Economics
Elements of Statistics
Principles of Economics
Intermediate Economic Theory
Industrial Organization and Government Regulation of Business


**Detailed Job Description of Employment Listed Above**:

At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc., 1491 Chain Bridge Road, McLean, Virginia. My responsibilities are centered in the following areas:

(1)   performance of economic and financial analyses aimed at determining the fair rate of return for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

water industries;

(2)   performance of economic analyses to determine the proper allocation of costs in such public utilities, which serves as the basis for establishing appropriate rate structures;

(3)   preparation of expert testimony, rebuttal and cross-examination to be presented before state public utility commissions as well as before federal regulatory agencies;

(4)   presentation of expert testimony before state public utility commissions and federal regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen states and the District of Columbia, as well as in cases before the Federal Energy Regulatory Commission, the Federal Communications Commission, the Canadian National Energy Board, and the U.S. Postal Rate Commission;

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal actions involving economic loss as a result of death, injury or discrimination and the presentation of testimony in such cases; I have testified in some seven hundred such cases and have been qualified as an expert witness in the District of Columbia and in the states of Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia, Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota. The following is a partial list of the law firms and other organization with which I have worked in this capacity:

Cadeaux & Taglieri; Washington, D.C.
Ashcraft & Gerel; Washington, D.C., Maryland and Virginia
Koonz, McKenney, Johnson, DePaolis & Lightfoot; Washington, D.C., Maryland, Virginia and Connecticut
Jack H. Olender & Associates; Washington, D.C.
Aaron M. Levine & Associates; Washington, D.C.
Shulman, Rogers, Gandal, et al; Rockville, MD
Dugan, Babij & Tolley; Timonium, MD
Paulson & Nace, P.C.; Washington, D.C.
Williams & Connolly; Washington, D.C.
Steptoe & Johnson; Washington, D.C.
Charles C. Parsons, P.C.; Washington, D.C.
Stein, Mitchell & Mezines; Washington, D.C.
Shiffman & Ricci; Washington, D.C.
Edward C. Bou & Associates; Washington, D.C.
Karp, Frosh, Lapidus, et al; Bethesda, MD
William Artz, P.C.; Arlington, VA
Shevlin & Smith, Arlington, Va.
U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor to the Administrator of the General Services Administration. I also served as Economic Counselor to the Commissioner of Public Buildings Service. I assisted in advising these officials on the interrelationships between GSA operating plans, programs and policies and their impact on the

Richard Lurito, Ph.D.                                                                                                5

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.