## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Laurie Amell | Stein, Mitchell & Mezines | Judge Alprin D.C. Superior Court | 6/8/2007 | Edward Colahan v. Dupont Circle Physicians Group |
| Lawrence Lapidus | Karp, Frosh, Lapidus, Wigodsky & Norwind | Judge Northrop Cir. Ct. P.G. County | 6/5/2007 | Marcia Hughes-Cleveland v. Barbara Julius |
| Scott Perry | Bruce J. Klores & Associates | Judge Ross D.C. Sup. Ct. | 5/21/2007 | Mezeret Berhanu v. Washington Oncology Center Case No 04CA 003781 |
| Rebecca Strandberg | Rebecca N. Strandberg & Associates | Judge Mason Cir. Ct. Montgomery County | 5/16/2007 | Gasper v. Ruffin CA No. 268120-V |
| Denis C. Mitchell | Stein, Mitchell & Mezines | Judge Ross D.C. Sup. Ct. | 5/7/2007 | Lyn S. Gross v. Wm. O. Bank, M.D. CA 05CA003365 |
| Barry Nace | Paulson & Nace | Judge Retchin Sup. Ct. D.C. | 3/18/2007 | Megin Sussman v. GWU & Medical Faculty Ass. Case No. 05-0009018 |
| Anthony Newman | Newman & McIntosh | Judge Liebovitz D.C. Sup. Ct. | 2/22/2007 | Bisbing v. Ammerman, M.D. Case No. 02-008343 |
| Danielle Bridgeforth | Miller & Associates | Judge Potter Pr. Wm. Co. Cir. Ct. | 2/26/2007 | Sandra Lauseng v. Wampler, M.D. Law No. 65789 |
| Scott Perry | Bruce J. Klores & Associates | Judge Kemler Cir. Ct. Alexandria | 2/15/2007 | Maher v. Inova CL0600/771 |
| Patrick Regan | Regan, Zambri & Long | Judge Zeldon Sup. Ct. D.C. | 2/13/2007 | Steven Pavsner v. Elizabeth Ross, M.D. CA # 05-1497 |
| Frank Spector | Spector & Kopec | Judge Kershaw Circuit Court Baltimore City | 1/18/2007 | Tarajean King v. Karen Perkins, M.D. Case No. 24C05008460 |
| J. Philip Kessel | Karp, Frosh, Lapidus, et al | Judge Brown Circuit Court City of Alexandria | 1/17/2007 | Sanders v. Friedlander, Jr. Case No. CL0400l435 |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Lynn Stewart Circuit Court Baltimore City | 12/7/2006 | Rebecca Waldt, et al v. University of Maryland Medical System Case No. 24-C-05-0086530T |
| Kevin Goldberg | Goldberg & Finnegan | Judge Retchin Sup. Ct. D.C. | 12/6/2006 | Adrienne Gales v. Karen Buck Case No. 04CA009210 |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Attorney | Firm | Judge / Court | Date | Case |
|---|---|---|---|---|
| Thomas Mitchell | Bruce J. Klores & Associates | Judge G. B. Lee Fed. Ct. Alexandria | 11/1/2006 | Andrew Cibula v. USA U.S. District Court, Eastern District of VA Ca No 1:05cv1386 |
| Bruce Babji | Dugan, Babji & Tolley | Judge M. Finiffer Cir. Ct. Balt. Co. | 9/22/2006 | McQuitty v. Spangler 03-C-01-009276 |
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | Judge Fisher D.C. Sup Ct | 7/18/2006 | Daryl Lash, Sr. v. Howard University Hospital CA 03-ca-0000969 |
| Joseph Cammarata | Chaikin & Sherman | Judge Ross D.C. Sup. Ct. | 3/3/2006 | Carnay Mitchell v. Paul Clemencia CA 6187 2005 |
| Bruce J. Klores | Bruce J. Klores & Associates | Judge Dugan Montgomery Co. Cir. Ct. | 2/16/2006 | De La Torre r. Thomas Militano, M.D. |
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 2/14/2006 | Marjorie Edwards v. Irma Dean Smith Case No. CAL 04-05392 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus U.S. District Court Greenbelt, MD | 2/10/2006 | Ruth A. Lawson v. United States of America Case No: AW-03CV884 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 2/8/2006 | |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 2/1/2006 | Aidan Gimbel v. American Radiology Services Case No 24-C 04-009662 OT |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 1/27/2006 | Bernice Fleming v. Providence Hospital CA No. 04-4639 |
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 1/12/2006 | Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 1/10/2006 | Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/7/2005 | Cynthia Deas v. Dr. Odacha |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Patrick Regan | Regan, Halperin & Long | Judge Alprin D.C. Superior Court | 12/6/2005 | Michael Duplessie, M.D. v. Theresa McGowan, Case No. 03ca002708 |
|---|---|---|---|---|
| George Tolley | Dugan, Babji & Tolley | Judge Quarles Fed. Ct. Baltimore | 6/27/2005 | Marilyn Mayo, et al v. United States   CA No. AMD-03-3457 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 6/23/2005 | Michael Amaann v. William Hazel, Jr. M.D.  CA No 03CA006340 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell  Sup Ct. D.C. | 6/2/2005 | Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir Ct. Alexandria | 5/24/2005 | Glen Giles v. Yousef Salem, M.D. No: CL0400194 |
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt Cir. Ct. for Frederick Co. | 5/4/2005 | Tara Caton v. Ravi Yalamanchilii, Md. C-03-1934MM |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright Sup. Ct. D.C. | 4/7/2005 | Cerrin Clark v. Gaben Management, LLC  CA 7285-99 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finifter  Cir. Ct. Balt. Co. | 4/6/2005 | Cauley v. Reisinger et al 03-C-02-009970 |
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 4/5/2005 | Frank Mallinson v. Maryida Klimowicz, M.D. At Law No. 221458 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith  Dist. Court P.G. County | 2/15/2005 | Gladys Boodhoo v. Maurice Poindexter  CA No. 03-20377 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles  Fed. Ct. Baltimore | 2/9/2005 | Veronica Pollard et al v. United States of America   CA No. S-02-CV-764 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Law Firm | Court | Date | Case |
|---|---|---|---|---|
| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters Sup. Ct. | 12/7/2004 | |
| Patrick M. Regan | Regan, Halperin & Long | Robertson Fed Ct. D.C. | 12/2/2004 | Joanne Olayinka v. Georgetown University Hospital |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright Sup. Ct. D.C. | 11/17/2004 | Isaac Love v. USA Waste of Maryland, Inc. Civil No: 02-0009344 |
| William E. Artz | William E. Artz, P.C. | Judge Thatcher Cir. Ct. for Fairfax Co. | 10/20/2004 | Harlis C. Breeding, Jr. v. Mert Kivanc, D.O. At law No. 218062 |
| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 9/24/2004 | Shawn Jackson vs. D.C. Anderson, M.D. At law CL01-1112 and CL01-113 |
| Thomas Smith | Shevlin & Smith | Judge Klein Cir. Ct. Fairfax, Co. | 7/25/2004 | Rubio Jimenes v. Frank L. Nuar, M.D. At law# 214574 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Judge Scrivener Cir. Ct. Montgomery County | 7/21/2004 | Elisabeth Hillard v. Gerald Rogell, M.D. Case No. 242550-V |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Cir. Ct. for Prince Georges Co. | 6/16/2004 | Marlene McDowell v. King Associates Ltd. Case No. CAL03-15870 |
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 5/25/2004 | Maleka Sago et al v. Elliece Smith, M.D. et al. Case No. CAL03-04540 |
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 4/28/2004 | David McMillan v. Guy & Guy |
| Frank Spector | Dugan, Babij, Tolley & Spector | L. Daniels Cir. Ct. for Baltimore Cty. | 4/16/2004 | Dylan McQuitty v. Franklin Square Hospital CA # 03-C-01-009275 |

## LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Grandison E. Hill | Grandison E. Hill & Associates | Graae  D.C. Sup. Ct. | 4/6/2004 | Cerrin Clark v. Jerry Weinstein, et. al.  CA No. 99-7285 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 3/10/2004 | Sharon Burke v. Gary Staples, M.D.  CA #01-009379 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 2/11/2004 | Sardul Pannu vs. Jeff Jacobson, M.D.  CA #01-7485 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 1/13/2004 | Rita Langley v. Bolling Warfield Smith CAL 02-27269 |
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 | Juana Daniels v. Leveque & Chrosniak, M.D. |
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/1/2003 | Karen Ullmann v. E. Capacio, M.D.  Case No. 12-C-99-00246660C |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 9/24/2003 | Carolyn Heidenreich v. David Denakas, M.D.  C-01-0111 |
| George Tolley | Dugan, Babij, etc. | J. Davis  Cir. Ct. Wicomico County. | 8/20/2003 | |
| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 8/18/2003 | Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon  Sup. Ct. D.C. | 8/18/2003 | Robinson, et. al. v. Kelley, et. al 97CA6013 |
| Michael Shevlin | Shevlin & Smith | G. Finch  Fairfax Co. | 7/2/2003 | Estate of David Butler v. Kaiser Permanente  At Law 202569 |