**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD G. GROSS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:07CV00399 (EGS) ) |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | ) (ELECTRONICALLY FILED) ) ) |
| Defendant. | ) ) ) |

## ORDER

UPON CONSIDERATION of the Plaintiff's Second Motion to Compel Discovery,

Defendant's opposition thereto, and the entire record in this case, it is this __ day of

_____, 2007, by the United States District Court for the District of Columbia,

　　ORDERED, that Plaintiff's Motion is denied.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Emmet G. Sullivan

Copies to:

Christine N. Kearns, Esq.
Karen-Faye McTavish, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037


Jonathan C. Puth, Esq.
Kataryna L. Baldwin, Esq.
WEBSTER, FREDRICKSON & BRACKSHAW
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

400616777v1