**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DONALD G. GROSS,              )<br>                              )<br>          Plaintiff,          )<br>                              ) Civil Action No. 07-399 (EGS)<br>     v.                       )<br>                              )<br>AKIN GUMP STRAUSS HAUER &     )<br>FELD LLP,                     )<br>                              )<br>          Defendant.          )<br>                              ) | |

## ORDER

Pursuant to the status hearing on September 5, 2007, it is by the Court hereby

**ORDERED** that plaintiff's Motion for Leave to Amend and Supplement Complaint is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's Motion to Amend Answer and File Counterclaims is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's First Motion to Compel Discovery is **GRANTED IN PART AND DENIED IN PART.** Defendant shall produce by no later than **September 24, 2007** all of the information sought in plaintiff's Interrogatory Nos. 3, 8, and 9. The responses shall not provide such information anonymously. The information defendant provides shall include data extending from January 1, 2002 to present.  The Court finds that the information requested through these interrogatories is relevant to plaintiff's claims and such information would not be overly

burdensome to produce.  Moreover, there is a protective order in place to safeguard the sensitive information.

The Court finds that Request for Production Nos. 17 and 19 are overbroad and not likely to yield relevant information.  Moreover, the Court finds it would be incredibly burdensome for defendant to produce four years of documents reflecting the writing abilities of its Korea Practice Group Attorneys.

As far as the redacted documents defendant has already produced, the Court finds that redactions made to protect client identifying information were appropriate.  However, to the extent that defendant redacted information relevant to defendant's counterclaims or affirmative defenses, defendant shall produce unredacted versions of such documents; and it is

**FURTHER ORDERED** that plaintiff's Second Motion to Compel Discovery is **DENIED;** and it is

**FURTHER ORDERED** that defendant shall file any dispositive motions by no later than October 31, 2007; responses shall be filed by no later than December 7, 2007; replies, if any, shall be filed no later than January 10, 2008.

**SO ORDERED.**

**Signed by:    Emmet G. Sullivan**
**               United States District Judge**
**               September 10, 2007**