**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD G. GROSS,  <br><br>      Plaintiff,  <br><br>    v.  <br><br>AKIN GUMP STRAUSS HAUER & FELD LLP,  <br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:07CV00399 (EGS)<br>)<br>) (ELECTRONICALLY FILED)<br>)<br>)<br>)<br>) |

## **CONSENT MOTION TO AMEND DISPOSITIVE MOTIONS SCHEDULE**

Defendant Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), with the consent of Plaintiff Donald G. Gross, by counsel, hereby respectfully requests that this Court enter the enclosed proposed order modifying the dispositive motions schedule set forth in this Court's September 10, 2007 Order by extending each deadline by two (2) business days. Specifically, Defendant requests the following schedule: defendant will file any dispositive motions by no later that November 2, 2007; responses will be filed by no later that December 11, 2007; and replies, if any, will be filed no later than January 14, 2008.

Dated: October 30, 2007                        Respectfully submitted,

                                                    /s/
                                     Christine N. Kearns (D.C. Bar # 416339)
                                     Karen-Faye McTavish (D.C. Bar # 477588)
                                     Pillsbury Winthrop Shaw Pittman LLP
                                     2300 N Street, N.W.
                                     Washington, DC  20037
                                     (202) 663-8000

                                     Counsel for Akin Gump Strauss Hauer & Feld, LLP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS, </br></br> Plaintiff, </br></br> v. </br></br> AKIN GUMP STRAUSS HAUER & FELD LLP, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 1:07CV00399 (EGS) </br> ) </br> ) (ELECTRONICALLY FILED) </br> ) </br> ) </br> ) </br> ) |

### ORDER

UPON CONSIDERATION of the Consent Motion to Amend Dispositive Motions Schedule, and the entire record in this case, it is this __ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED, that the Consent Motion is granted; and it is

FURTHER ORDERED that defendant shall file any dispositive motions by no later that November 2, 2007; responses shall be filed by no later that December 11, 2007; replies, if any, shall be filed no later than January 14, 2008.

SO ORDERED

_____
The Honorable Emmet G. Sullivan

Copies to:

Christine N. Kearns, Esq.
Karen-Faye McTavish, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

400661062v1

Case 1:07-cv-00399-EGS    Document 28-2    Filed 10/30/2007    Page 2 of 2

2

Jonathan C. Puth, Esq.
Kataryna L. Baldwin, Esq.
WEBSTER, FREDRICKSON & BRACKSHAW
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

2

400661062v1