# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD G. GROSS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-399 (EGS/JMF) |
| v. | ) | |
| | ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, Plaintiff and counterclaim Defendant Donald G. Gross, through counsel, and with the consent of Defendant, respectfully moves this Honorable Court for an order accepting documents under seal in support of his Motion for Summary Judgment Dismissing Counterclaims, and Motion for Partial Summary Judgment Dismissing After-Acquired Evidence Defense. Specifically, Plaintiff Gross seeks to file under seal documents produced by Defendant Akin Gump and marked "confidential," pursuant to the Stipulated Privacy Protection Order entered by this Court July 5, 2007 in this case.

The grounds for Plaintiff's Motion to File Documents Under Seal are contained in the attached Memorandum of Points and Authorities.  Counsel for Defendant consents to the relief sought herein.  A proposed Order also accompanies this Motion.

Respectfully Submitted,

WEBSTER,    FREDRICKSON,    HENRICHSEN, CORREIA & PUTH, P.L.L.C.

_____*/s/  Jonathan C. Puth*_____
Jonathan C. Puth  #439241
Kataryna L. Baldwin  #494439
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD G. GROSS               ) | |
|                           ) | |
|         Plaintiff,   ) | |
|                           ) | Civil Action No. 07-399 (EGS/JMF) |
|         v.              ) | |
|                           ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP  ) | |
|                           ) | |
|         Defendant.   ) | |
| | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff and counterclaim defendant Donald G. Gross ("Mr. Gross"), by and through counsel, moves this Honorable Court pursuant to Local Rule 5.1(j) for an Order accepting documents under seal in support of his Motion for Summary Judgment Dismissing Counterclaims, and Motion for Partial Summary Judgment Dismissing After-Acquired Evidence Defense, filed on this date. Defendant Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), through counsel, consents to the relief sought herein.

This Court entered the Stipulated Privacy Protection Order ("Protective Order") on July 5, 2007, which governs the use of documents marked "confidential" by either party. Under the Protective Order, documents designated as "confidential" by the adverse party and appended to any pleading must be filed under seal. (*See* Protective Order at ¶ 6.) Here, Akin Gump has designated as "confidential" several documents, including Exhibits 1 – 22 to Mr. Gross' Motion for Summary Judgment.

Mr. Gross respectfully requests that this Honorable Court accept such documents for filing under seal until such time as the parties agree or the Court may rule that disclosure is appropriate.

Exhibits 1 - 22 from Mr. Gross' Motion  are attached to the paper copy of this pleading presented

to the Clerk of Court, in a sealed envelope.

## CONCLUSION

For the foregoing reasons, Mr. Gross respectfully requests that this Honorable Court grant

his Consent Motion to File Documents Under Seal.

Respectfully Submitted,

WEBSTER,    FREDRICKSON,    HENRICHSEN,
CORREIA & PUTH, P.L.L.C.


_____*/s/  Jonathan C. Puth*_____
Jonathan C. Puth  #439241
Kataryna L. Baldwin  #494439
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorneys for Plaintiff

2

CERTIFICATE OF SERVICE

I hereby certify that on this **2nd** day of November, 2007, the forgoing Plaintiff's Consent Motion to File Documents Under Seal, the Memorandum of Points and Authorities in Support thereof, the sealed exhibits, and the Proposed Order were sent by first-class mail, postage prepaid, to:


Christine Nicolaides Kearns
Karen-Faye McTavish
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant



     **/s/  *Kataryna L. Baldwin***
Kataryna L. Baldwin
Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                              |     |                                       |
|----------------------------------------------|-----|---------------------------------------|
| DONALD G. GROSS                              | )   |                                       |
|                                              | )   |                                       |
| Plaintiff,                                   | )   |                                       |
|                                              | )   | Civil Action No. 07-399 (EGS/JMF)     |
| v.                                           | )   |                                       |
|                                              | )   |                                       |
| AKIN GUMP STRAUSS HAUER & FELD LLP           | )   |                                       |
|                                              | )   |                                       |
| Defendant.                                   | )   |                                       |

**ORDER**

Upon consideration of Plaintiff's Motion to File Documents Under Seal, and the Memorandum of Support thereof, it is this _____ day of _____, 2007,

ORDERED that Plaintiff's Motion to File Documents Under Seal be and hereby is, GRANTED, and it is

FURTHER ORDERED that Mr. Gross' Exhibits 1 – 22 to his Motion for Summary Judgment are accepted for filing under seal.

Dated: _____

_____
 Judge Emmet G. Sullivan
 United States District Court for the District of Columbia

Copies to:

Jonathan C. Puth, Esq.
Kataryna L. Baldwin, Esq.
Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006


Christine Nicolaides Kearns, Esq.
Karen-Faye McTavish, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

EXHIBIT 1

(Filed Under Seal)

EXHIBIT 2

(Filed Under Seal)

EXHIBIT 3

(Filed Under Seal)

EXHIBIT 4


(Filed Under Seal)

EXHIBIT 5

(Filed Under Seal)

EXHIBIT 6

(Filed Under Seal)

EXHIBIT 7

(Filed Under Seal)

EXHIBIT 8

(Filed Under Seal)

EXHIBIT 9


(Filed Under Seal)

EXHIBIT 10


(Filed Under Seal)

EXHIBIT 11


(Filed Under Seal)

EXHIBIT 12


(Filed Under Seal)

EXHIBIT 13


(Filed Under Seal)

EXHIBIT 14


(Filed Under Seal)

EXHIBIT 15


(Filed Under Seal)

EXHIBIT 16


(Filed Under Seal)

EXHIBIT 17


(Filed Under Seal)

EXHIBIT 18


(Filed Under Seal)

EXHIBIT 19


(Filed Under Seal)

EXHIBIT 20


(Filed Under Seal)

EXHIBIT 21


(Filed Under Seal)

EXHIBIT 22


(Filed Under Seal)