IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, Plaintiff Donald G. Gross, through counsel, and with the consent of Defendant, respectfully moves this Honorable Court for an order accepting documents under seal in support of his Opposition to Defendant's Motion for Summary Judgment. Specifically, Plaintiff Gross seeks to file under seal documents produced by Defendant Akin Gump and marked "confidential," pursuant to the Stipulated Privacy Protection Order entered by this Court July 5, 2007 in this case.

The grounds for Plaintiff's Motion to File Documents Under Seal are contained in the attached Memorandum of Points and Authorities. Counsel for Defendant consents to the relief sought herein. A proposed Order also accompanies this Motion.

          Respectfully Submitted,

          WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.

          _/s/_
          Jonathan C. Puth  #439241
          Kataryna L. Baldwin  #494439
          1775 K Street, N.W., Suite 600
          Washington, D.C.  20006
          (202) 659-8510
          Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS, </br></br> Plaintiff, </br></br> v. </br></br> AKIN GUMP STRAUSS HAUER & FELD LLP </br></br> Defendant. | Civil Action No. 07-399 (EGS/JMF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Donald G. Gross, by and through counsel, moves this Honorable Court pursuant to Local Rule 5.1(j) for an Order accepting documents under seal in support of his Opposition to Defendant's Motion for Summary Judgment, filed with the Clerk. Defendant Akin Gump Strauss Hauer & Feld LLP, through counsel, consents to the relief sought herein.

This Court entered the Stipulated Privacy Protection Order ("Protective Order") on July 5, 2007, which governs the use of documents marked "confidential" by either party. Under the Protective Order, documents designated as "confidential" by the adverse party and appended to any pleading must be filed under seal. (*See* Protective Order at ¶ 6.) Here, Akin Gump has designated as "confidential" several documents, including Exhibits 1 – 26 to Plaintiff's Opposition.

Plaintiff respectfully requests that this Honorable Court accept such documents for filing under seal until such time as the parties agree or the Court may rule that disclosure is appropriate. Exhibits 1 - 26 from Plaintiff's Opposition are attached to the paper copy of this pleading presented to the Clerk of Court, in a sealed envelope.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant his Consent Motion to File Documents Under Seal.

<div style="margin-left: 50%;">

Respectfully Submitted,

WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.

_____/s/_____
Jonathan C. Puth  #439241
Kataryna L. Baldwin  #494439
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorneys for Plaintiff

</div>

## CERTIFICATE OF SERVICE

       I hereby certify that on this **11th** day of December, 2007, the forgoing Plaintiff's Consent Motion to File Documents Under Seal, the Memorandum of Points and Authorities in Support thereof, the sealed exhibits, and the Proposed Order were sent by first-class mail, postage prepaid, to:

Christine Nicolaides Kearns
Karen-Faye McTavish
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant


                                      _____/s/_____
                                      Kataryna L. Baldwin
                                      Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
                                      1775 K Street, N.W.
                                      Suite 600
                                      Washington, D.C.  20006
                                      (202) 659-8510

                                      Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to File Documents Under Seal, and the Memorandum of Support thereof, it is this ____ day of _____, 2007,

ORDERED that Plaintiff's Motion to File Documents Under Seal be and hereby is, GRANTED, and it is

FURTHER ORDERED that Mr. Gross' Exhibits 1 – 26 to his Opposition to Defendant's Motion for Summary Judgment are accepted for filing under seal.

Dated: _____        _____
 Judge Emmet G. Sullivan
 United States District Court for the District of Columbia

Copies to:

Jonathan C. Puth, Esq.
Kataryna L. Baldwin, Esq.
Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006


Christine Nicolaides Kearns, Esq.
Karen-Faye McTavish, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037