UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-399 (EGS) |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE
OF COUNSEL KATARYNA L. BALDWIN

Pursuant to Local Civil Rules of Procedure 83.6(b), the Clerk of the Court will please note the withdrawal of Kataryna L. Baldwin as counsel for Plaintiff Donald G. Gross. The law firm of Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC continues to represent Plaintiff Gross.

Respectfully submitted,

WEBSTER, FREDRICKSON, HENRICHSEN,
CORREIA & PUTH, PLLC


 /s/ Kataryna L. Baldwin
Kataryna L. Baldwin, # 494439
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this **21st** day of December 2007, a copy of the foregoing Notice of Withdrawal of Appearance of Counsel Kataryna L. Baldwin was served electronically to:

Christine Nicolaides Kearns, Esq.
Karen-Faye McTavish, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant

       */s/   Kataryna L. Baldwin*
Kataryna L. Baldwin
Webster, Fredrickson, Henrichsen,
Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C.  20006
(202) 659-8510

Attorney for Plaintiff