IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME AND MEMORANDUM IN SUPPORT THEREOF**

Comes now the Plaintiff and Counterclaim Defendant, Donald Gross, through undersigned counsel, and respectfully moves this Honorable Court for an Order pursuant to Fed. R. Civ. P. 6(b) enlarging the time for each party in this matter to file a reply brief in support of the parties' dispositive motions in this matter by five business days, from January 14, 2008 to January 22, 2008. Defendant/Counterclaim Plaintiff Akin Gump has consented to the relief sought herein. The grounds for Mr. Gross' Motion are as follows:

Following a hearing in this matter on September 5, 2007, this Court set forth a briefing schedule for dispositive motions in this case. (*See* Minute Entry, September 5, 2007.) By that schedule, dispositive motions in this matter were due October 31, 2007, oppositions due December 7, 2007, and replies due January 10, 2008. (*See id*.) Thereafter, on October 30, 2007, Akin Gump filed its Consent Motion for Extension of Time to File Dispositive Motions to alter the deadlines (*see* Docket Entry No. 28), which Motion was granted by this Court. (*See* Minute Order, October 31, 2007). By that Order, dispositive motions were to be filed by November 2, 2007, oppositions filed December 11, 2007, and replies filed January 14, 2008. (*See id*.)

Plaintiff/Counterclaim Defendant Donald Gross seeks an enlargement of five business days up to and including January 22, 2008 for both parties to file their replies in this matter. Due to the departure of a key associate (*see* Docket Entry No. 37), as well as other pressing matters that have recently arisen in this forum and others, counsel for Mr. Gross is in need of additional time to fully respond to Akin Gump's Opposition to Mr. Gross' Motion for Summary Judgment. Such an extension would also alter the time for Akin Gump to file a reply in support of its dispositive motion. Defendant/Counterclaim Plaintiff Akin Gump has consented to the relief sought herein.

WHEREFORE, Plaintiff/Counterclaim Defendant Donald Gross respectfully requests that this Court grant his Motion for Extension of Time. A proposed Order also accompanies this Motion.

Respectfully Submitted,

WEBSTER, FREDRICKSON, HENRICHSEN, CORREIA & PUTH, P.L.L.C.

*/s/ Jonathan C. Puth*
Jonathan C. Puth  #439241
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this **9th** day of January 2008, the forgoing Plaintiff's Consent Motion for Extension of Time and Memorandum in Support thereof, and Proposed Order, were served by electronic filing to:

Christine Nicolaides Kearns
Karen-Faye McTavish
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant/Counterclaim Plaintiff

　　　　　　　　　　　　　　　　　　　　　*/s/   Jonathan C. Puth*
　　　　　　　　　　　　　　　　　　　　Jonathan C. Puth
　　　　　　　　　　　　　　　　　　　　Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
　　　　　　　　　　　　　　　　　　　　1775 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　　　　　　　　　　　　　　　　　　　(202) 659-8510

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff/Counterclaim Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff/Counterclaim Defendant's Consent Motion for Extension of Time and Memorandum of Support thereof, it is this ____ day of _____, 2008,

ORDERED that the Consent Motion for Extension of Time be and hereby is, GRANTED, and it is

FURTHER ORDERED that the time for both parties in this matter to file replies in support of their dispositive motions is extended up to and including January 22, 2008.


Dated: _____     _____
                             Judge Emmet G. Sullivan
                             United States District Court for the District of Columbia

Copies to:

Jonathan C. Puth, Esq.
Webster, Fredrickson, Henrichsen, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006


Christine Nicolaides Kearns, Esq.
Karen-Faye McTavish, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC 20037