IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. GROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME AND
MEMORANDUM IN SUPPORT THEREOF**

Comes now the Plaintiff and Counterclaim Defendant, Donald Gross, through undersigned counsel, and respectfully moves this Honorable Court for an Order pursuant to Fed. R. Civ. P. 6(b) enlarging the time for Plaintiff to file a response to the Defendant's Notice of Supplemental Authority filed August 8, 2008 (Docket Entry No. 43). This Court has invited a response from Plaintiff by August 13, 2008 (*see* Minute Order, August 8, 2008), however counsel for Plaintiff is currently on vacation and scheduled to return to his office on August 18, 2008. Consequently, Plaintiff respectfully requests that he be allowed additional time to file his response by August 22, 2008. Counsel for Defendant has consented to the extension.

WHEREFORE, Plaintiff Donald Gross respectfully requests that this Court grant his Consent Motion for Extension of Time. A proposed Order also accompanies this Motion.

Respectfully Submitted,

WEBSTER, FREDRICKSON, CORREIA & PUTH, P.L.L.C.

 /s/  *Jonathan C. Puth*
Jonathan C. Puth  #439241
1775 K Street, N.W., Suite 600
Washington, D.C.  20006
(202) 659-8510
Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this **8th** day of August, 2008, the forgoing Plaintiff's Consent Motion for Extension of Time and Memorandum in Support thereof, and Proposed Order, were served by electronic filing to:

Christine Nicolaides Kearns
Karen-Faye McTavish
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC  20037

Counsel for Defendant/Counterclaim Plaintiff

                                         */s/   Jonathan C. Puth*
                                       Jonathan C. Puth
                                       Webster, Fredrickson, Correia & Puth, PLLC
                                       1775 K Street, N.W.
                                       Suite 600
                                       Washington, D.C.  20006
                                       (202) 659-8510

                                       Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-399 (EGS/JMF) |
| v. ) | |
| ) | |
| AKIN GUMP STRAUSS HAUER & FELD LLP ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff/Counterclaim Defendant's Consent Motion for Extension of Time and Memorandum of Support thereof, it is this ____ day of _____, 2008,

ORDERED that the Consent Motion for Extension of Time be and hereby is, GRANTED, and it is

FURTHER ORDERED that the time for Plaintiff to respond to Defendant's Notice of Supplemental Authority is extended up to and including August 22, 2008.


Dated: _____          _____
                                     Judge Emmet G. Sullivan
                                     United States District Court for the District of Columbia

Copies to:

Jonathan C. Puth, Esq.
Webster, Fredrickson, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006


Christine Nicolaides Kearns, Esq.
Karen-Faye McTavish, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N St., N.W.
Washington, DC 20037