UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. GROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 07-399(EGS) |
| v. ) | |
| ) | |
| AKIN, GUMP, STRAUSS, HAUER, & ) | |
| FELD LLP, ) | |
| ) | |
| Defendant ) | |

## FINAL JUDGMENT

On March 3, 2009, this Court granted defendant's motion for summary judgment as to plaintiff's claims and denied plaintiff's cross-motion for summary judgment as to defendant's counterclaims (the "Summary Judgment Order").  On May 29, 2009 and July 14, 2009, defendant filed stipulations dismissing its counterclaims (the "Stipulations of Dismissal").  It therefore appears that there is nothing pending before this Court and a final judgment may be entered dismissing the case in its entirety.  Having reviewed the docket, the Summary Judgment Order, and the Stipulations of Dismissal in this matter, it is hereby

**ORDERED** that Civil Action No. 07-399 is **DISMISSED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 22, 2009**